IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:93CR3019 |
| | ) | 4:93CR3068 |
| v. | ) | |
| | ) | |
| IRMA GONZALEZ, | ) | ORDER ON CERTIFICATE OF |
| | ) | APPEALABILITY |
| Defendant. | ) | |
| | ) | |

Title 28, § 2253 provides as follows:

(c)(1)   Unless a circuit justice or judge issues a Certificate of Appealability, an appeal may not be taken to the court of appeals from–

. . .

(B)   The final order in a proceeding under section 2255.

(2)   A Certificate of Appealability may issue under this paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

(3)   The Certificate of Appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

Here, I denied the defendant's motion under 28 U.S.C. § 2255 because it was not timely filed. There has been no substantial showing of the denial of a constitutional right. Accordingly,

IT IS ORDERED that the prerequisites of a Certificate of Appealability have not been shown and no Certificate of Appealability shall be issued.

Dated September 26, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge