IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:93CR3019 |
| | ) | 4:93CR3068 |
| v. | ) | |
| | ) | |
| IRMA GONZALEZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the party is permitted to proceed on appeal in forma pauperis.

DATED this 27th day of September, 2005.

BY THE COURT:


s/ Warren K. Urbom
Senior United States District Judge